J-A16026-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| M.G., | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| S.J., | : | |
| | : | |
| Appellant | : | No. 64 WDA 2016 |

Appeal from the Order of December 18, 2015,
in the Court of Common Pleas of Allegheny County,
Family Division, at No(s): FD 07-009307-004

BEFORE:    SHOGAN, OLSON, and STRASSBURGER, JJ.*

DISSENTING MEMORANDUM BY STRASSBURGER, J.:

FILED: October 24, 2016

I agree with the learned Majority that Father's brief falls woefully short of complying with the Pennsylvania Rules of Appellate Procedure. I would therefore dismiss the appeal.

In doing so, I would not reach the merits of Appellant's arguments or whether they were waived by Appellant's failure to appear for trial. For this reason, I dissent.

*Retired Senior Judge assigned to the Superior Court.